IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

VS.                              CR. NO. 2:07CR20035-001

THOMAS WALTER CLIFFT,
    Defendant,

and

VAN GUARD GROUP, INC.,
    Garnishee.

## ORDER OF GARNISHMENT

A Writ of Garnishment has been duly issued and served upon the garnishee. Pursuant to the Writ of Garnishment, the garnishee has filed an answer to the writ stating that at the time of the service of the writ it had in its possession, custody or under its control, an individual retirement account belonging to the defendant, Thomas Walter Clifft, a well as an account held as an employee pension benefit plan.

On October 29, 2008, the defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

On November 13, 2008, garnishee Vanguard Group, Inc., filed its answer claiming the accounts are exempt from garnishment by law. The Court finds the employee pension benefit plan held by the garnishee on behalf of the defendant is subject to garnishment. This account does not fall within any exceptions in 18 U.S.C. § 3613 which would exempt it from garnishment. Since it appears this account holds sufficient funds to satisfy the criminal fine in full, the Court does not

make an explicit finding whether the remaining individual retirement account is subject to garnishment.

IT IS THEREFORE ORDERED that garnishee pay to the plaintiff the sum of $17,575.00 currently in its possession belonging to the defendant in the Rheem Manufacturing Company Deferred Profit Sharing Plan #091385 (the "Plan"). Payments should be made payable to the United States District Court Clerk and mailed to P. O. Box 1547, Fort Smith, Arkansas 72902, and should include the defendant's name and court number as reference.

IT IS SO ORDERED.

12/3/08
Date

HONORABLE ROBERT T. DAWSON
U. S. DISTRICT JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

DEC 0 3 2008

CHRIS R. JOHNSON, CLERK

DEPUTY CLERK