IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DISTRICT

UNITED STATES OF AMERICA                                                    PLAINTIFF/RESPONDENT

v.                        Criminal No.   2:07-cr-20035-RTD

THOMAS WALTER CLIFFT                                                        DEFENDANT/MOVANT

**O R D E R**

Movant, a federal prisoner presently housed at the Federal Correctional Institution in Texarkana, Texas, has filed a Motion Under 28 U.S.C. Section 2255 for review by this court (**Doc. 39**).  Having reviewed the motion, Respondent is ordered to file a response within thirty (30) days from the date of this order.

IT IS SO ORDERED this 4th day of June, 2009.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE