```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FORT SMITH DIVISION

UNITED STATES OF AMERICA                    PLAINTIFF/RESPONDENT

     v.                    Crim. No. 07-20035

THOMAS WALTER CLIFFT                        DEFENDANT/PETITIONER
```

### ORDER

Now on this 24th day of July 2009, there comes on for consideration the report and recommendation filed herein on June 29, 2009, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 44). The parties did not file written objections.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the 28 U.S.C. § 2255 motion (Doc. 39) is DENIED and DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

```
                         /s/ Robert T. Dawson
                         Honorable Robert T. Dawson
                         United States District Judge
```